# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151134(56)

TAMIKA HARRELL,
          Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
          Defendant-Appellant.

_____/

SC: 151134
COA: 318744
Wayne CC: 12-003939-NF

On order of the Court, the motion for reconsideration of this Court's April 15, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2016



Clerk